## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF SUFFOLK  )

**NICOLE YOUNG**, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Suffolk County in the State of New York.

On **May 29, 2013,** I served a true copy of the annexed **VERIFIED ANSWER WITH CROSS-CLAIM**, by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of United States Postal Services within the State of New York, addressed to the last known address of the addressee as indicated below:

**METROPOLITAN TRANSPORTATION AUTHORITY**
**Defendant**
**347 Madison Avenue**
**New York, New York 10017**

**TOWN OF BABYLON**
**Defendant**
**200 E. Sunrise Highway**
**Lindenhurst, New York 11757**

**COUNTY OF SUFFOLK**
**Defendant**
**H. Lee Dennison Building**
**100 Veterans Memorial Highway**
**Hauppauge, New York 11788**

**LONG ISLAND RAIL ROAD**
**Defendant**
**Jamaica Station**
**Jamaica, New York 11435**

_____
NICOLE YOUNG

Sworn to before me this
29th day of May 2013

_____
MARY F. FALKENBERG
Notary Public, State of New York
No. 01FA4508793
Qualified in Suffolk County
Commission Expires 11-30-13