AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| DeSean Allen | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 13 CIV 3106 (JPO)(HBP) |
| Metropolitan Transportation Authority, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff DeSean Allen       .

Date:   07/09/2013

S/David Tolchin
*Attorney's signature*

David Tolchin
*Printed name and bar number*
Jaroslawicz & Jaros LLC
225 Broadway, 24th Floor
New York, NY 10007

*Address*

dtolchin@lawjaros.com
*E-mail address*

(212) 227-2780
*Telephone number*

(212) 227-5090
*FAX number*