TB 13-193 AB
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
DeSEAN ALLEN,

                              Plaintiff,

          -against-

METROPOLITAN TRANSPORTATION AUTHORITY,
TOWN OF BABYLON, TOWN OF ISLIP, COUNTY OF
SUFFOLK, and LONG ISLAND RAILROAD,

                            Defendants.
-----------------------------------------------------------------------X

Docket No.: 13CV3106

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TOWN OF BABYLON, a municipality, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

          NONE

Dated: Northport, New York
        July 15, 2013

                                                  Yours, etc.

                                                  BRODY, O'CONNOR & O'CONNOR, ESQS.
                                                  Attorneys for Defendant
                                                  TOWN OF BABYLON

                                      By: _____
                                         AISHA K. BROSNAN
                                         7 Bayview Avenue
                                         Northport, New York 11768
                                         (631) 261-7778
                                         File No.: TB 13-193 AB

TO:   JAROSLAWICZ & JAROS, LLC
       Attorneys for Plaintiff
       225 Broadway, 24th Floor
       New York, New York  10007
       (212) 227-2780

JAKUBOWSKI, ROBERTSON, MAFFEI,
GOLDSMITH & TARTAGLIA, LLP
Attorneys for Defendant
TOWN OF ISLIP
969 Jericho Turnpike
St. James, New York  11780
(631) 360-0400

METROPOLITAN TRANSPORTATION AUTHORITY
Defendant – Pro Se
347 Madison Avenue
New York, New York  10017

COUNTY OF SUFFOLK
Defendant – Pro Se
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, New York  11788

LONG ISLAND RAILROAD
Defendant – Pro Se
Jamaica Station
Jamaica, New York  11435

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF SUFFOLK    )

PEGGY MIKANDER, being duly sworn, deposes and says:

That your deponent is not a party to this action, is over 18 years of age and resides at West Islip, New York.

That on the 15th day of July, 2013, deponent served the within RULE 7.1 STATEMENT UPON:

***SEE ATTACHED RIDER***

The address designated by said attorney for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
PEGGY MIKANDER

Sworn to before me this
15th day of July, 2013.

_____
NOTARY PUBLIC

CHRISTINA D. LASERRA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LA6235179
Qualified in Suffolk County
My Commission Expires February 07, 2015

# **RIDER**

JAROSLAWICZ & JAROS, LLC
Attorneys for Plaintiff
225 Broadway, 24th Floor
New York, New York 10007
(212) 227-2780

JAKUBOWSKI, ROBERTSON, MAFFEI,
GOLDSMITH & TARTAGLIA, LLP
Attorneys for Defendant
TOWN OF ISLIP
969 Jericho Turnpike
St. James, New York 11780
(631) 360-0400

METROPOLITAN TRANSPORTATION AUTHORITY
Defendant – Pro Se
347 Madison Avenue
New York, New York 10017

COUNTY OF SUFFOLK
Defendant – Pro Se
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, New York 11788

LONG ISLAND RAILROAD
Defendant – Pro Se
Jamaica Station
Jamaica, New York 11435