UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DeSEAN ALLEN,                                            Docket #: 13-CIV-3106

                Plaintiff,

   -against-                                              **RULE 7.1**
                                                           **DISCLOSURE STATEMENT**

METROPOLITAN TRANSPORTATION
AUTHORITY, TOWN OF BABYLON,
TOWN OF ISLIP, COUNTY OF SUFFOLK,
And LONG ISLAND RAIL ROAD,

                Defendants.
----------------------------------------------------------X

      In accordance with Rule 7.1, there are no parent corporations of Metropolitan Transportation Authority or Long Island Railroad.  There are no publicly held corporations owning 10% or more of stock in Metropolitan Transportation Authority or Long Island Railroad.

Dated:  Hauppauge, New York
        July 15, 2013                                  Yours, etc.

                                                 DENNIS M. BROWN
                                               Suffolk County Attorney
                                               Attorney for Defendants
                                               County of Suffolk, Metropolitan Transportation
                                             Authority and Long Island Rail Road
                                             H. Lee Dennison Building
                                             100 Veterans Memorial Highway
                                             P.O. Box 6100
                                             Hauppauge, New York 11788-0099
                                             (631) 853-4049

                            BY:     _____
                                             Christopher A. Jeffreys
                                             Assistant County Attorney

TO: JAROSLAWICZ & JAROS, LLC
Attorneys for Plaintiff
225 Broadway – 24th Floor
New York, New York 10007

JAKUBOWSKI, ROBERTSON, MAFFEI, GOLDSMITH & TARTAGLIA
Attorneys for Defendant, Islip
969 Jericho Turnpike
St. James, New York 11780

BRADY, O'CONNOR & O'CONNOR, ESQS.
Attorney for Defendant, Babylon
7 Bayview Avenue
Northport, New York 11768