UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DeSEAN ALLEN,

                      Plaintiff,

-against-

METROPOLITAN TRANSPORTATION
AUTHORITY, TOWN OF BABYLON, TOWN OF
ISLIP, COUNTY OF SUFFOLK, and
LONG ISLAND RAIL ROAD,

                      Defendants.
------------------------------------------------------------------X

**REPLY TO CROSS CLAIMS**

Index No.: 13 CIV 3106

S I R S:

      The defendant, THE TOWN OF ISLIP, by their attorneys, JAKUBOWSKI, ROBERTSON, MAFFEI, GOLDSMITH & TARTAGLIA, LLP, as and for their Reply to Cross Claims as to the defendant, COUNTY OF SUFFOLK, LONG ISLAND RAIL ROAD, and METROPOLITAN TRANSPORTATION AUTHORITY, herein alleges as follows:

### ANSWERING THE CROSS CLAIMS AGAINST CO-DEFENDANTS, THE TOWN OF ISLIP:

1. Upon information and belief, defendant, THE TOWN OF ISLIP, denies each and every allegation contained in paragraph(s) designated as "16".

      **WHEREFORE**, the defendant, THE TOWN OF ISLIP, demands judgment dismissing the Plaintiff's Verified Complaint and Defendant's Cross Claims and for contribution and/or indemnification over and against the co-defendants as named above, together with costs and disbursements of this action.

Dated:    Saint James, New York
            July 18, 2013

Yours, etc.,

_____
BY: MARK GOLDSMITH
JAKUBOWSKI, ROBERTSON, MAFFEI,
Attorneys for the Defendant
TOWN OF ISLIP
969 Jericho Turnpike
Saint James, New York 11780

TO:   JAROSLAWICS & JAROS, LLC
      DAVID JAROSLAWICZ, ESQ.
      DAVE TOLCHIN, ESQ.
      Attorneys for Plaintiff
      225 Broadway, 24th Floor
      New York, New York 10007

      BRADY, O'CONNOR & O'CONNOR, ESQS.
      AISHA K. BROSNAN
      Attorneys for Defendant
      TOWN OF BABYLON
      7 Bayview Avenue
      Northport, New York 11768
      File No.: TB 13-193 AB

      CHRISTOPHER A. JEFFREYS
      DENNIS M. BROWN
      Suffolk County Attorney
      Attorneys for Defendants COUNTY OF SUFFOLK,
      METROPOLITAN TRANSPORTATION AUTHORITY,
      And LONG ISLAND RAIL ROAD
      H. Lee Dennison Building
      100 Veterans Memorial Highway
      Hauppauge, New York 11788

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF SUFFOLK  )

**NICOLE YOUNG**, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Suffolk County in the State of New York.

On **July 18, 2013**, I served a true copy of the annexed **REPLY TO CROSS CLAIMS**, by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of United States Postal Services within the State of New York, addressed to the last known address of the addressee as indicated below:

JAROSLAWICS & JAROS, LLC
DAVID JAROSLAWICZ, ESQ.
DAVE TOLCHIN, ESQ.
Attorneys for Plaintiff
225 Broadway, 24th Floor
New York, New York 10007

BRADY, O'CONNOR & O'CONNOR, ESQS.
AISHA K. BROSNAN
Attorneys for Defendant
TOWN OF BABYLON
7 Bayview Avenue
Northport, New York 11768

CHRISTOPHER A. JEFFREYS
DENNIS M. BROWN
Suffolk County Attorney
Attorneys for Defendants COUNTY OF SUFFOLK,
METROPOLITAN TRANSPORTATION AUTHORITY,
And LONG ISLAND RAIL ROAD
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, New York 11788

_____
NICOLE YOUNG

Sworn to before me this
17th day of July 2013

_____
MARY F. FALKENBERG
Notary Public, State of New York
No. 01FA4508793
Qualified in Suffolk County
Commission Expires 11-30-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                          INDEX NO.: 13 CIV 3106

DeSEAN ALLEN,

                            Plaintiffs,

   -against-

METROPOLITAN TRANSPORTATION
AUTHORITY, TOWN OF BABYLON, TOWN OF
ISLIP, COUNTY OF SUFFOLK, and
LONG ISLAND RAIL ROAD,

                            Defendants.

------------------------------------------------------------------------------------------

## REPLY TO CROSS CLAIMS

------------------------------------------------------------------------------------------

**JAKUBOWSKI, ROBERTSON, MAFFEI,
GOLDSMITH & TARTAGLIA, LLP
Attorneys for Plaintiffs
969 Jericho Turnpike
Saint James, New York 11780
(631) 360-0400**

**TO:**

      **Attorneys for**

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

*Dated:* ...................        *Signature*.....................................................
                                        *Print Signer's Name*.........................................

Service of a copy of the within                             is hereby
admitted.
Dated:                                         .................................................
                                      *Attorney(s) for*

### NOTICE OF ENTRY

*PLEASE TAKE NOTICE that the within is a (certified) true copy of a entered in the office of the within named Court on     .*
*Dated:*

### NOTICE OF SETTLEMENT

*PLEASE TAKE NOTICE that an Order of which the within is a true copy will be presented for settlement to the Hon.     one of the judges of the within named Court, on     at    m.*
*Dated:*